FILED
MAR 18 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:25 CR 00105 |
| RYAN COLE, | ) ) | Title 18, United States Code, Sections 922(g)(1), and 924(a)(8) |
| Defendant. | ) ) | **JUDGE LIOI** |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about February 5, 2025, in the Northern District of Ohio, Eastern Division, Defendant RYAN COLE, knowing he had previously been convicted of crimes, each punishable by imprisonment for a term exceeding one year, those being: Burglary, on or about June 24, 2009, in case number CR-09-522211-A, in Cuyahoga County Court of Common Pleas; Burglary, on or about June 23, 2009, in case number CR-09-521186-A in Cuyahoga County Court of Common Pleas; Assault, on or about June 23, 2009, in case number CR-09-523883-A, in Cuyahoga County Court of Common Pleas; Discharge of Firearm on or Near Prohibited Premises, on or about June 11, 2015, in case number CR-14-583315-A, in Cuyahoga County Court of Common Pleas; Felon in Possession of Firearm, on or about March 18, 2021, in case number 1:19CR00552 in the Northern District of Ohio, and knowingly possessed a firearm, to wit: Glock, model 23, .40 caliber pistol, bearing serial number AFDU899, said firearm and

having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant RYAN COLE, shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.